1 | JOHN C. CRUDEN
Acting Assistant Attorney General
2 | Environment and Natural Resources Division

3 | ANDREW A. SMITH
Trial Attorney (SBN 8341 (NM))
4 | U.S. Department of Justice
Natural Resources Section
5 | c/o U.S. Attorneys Office, P.O. Box 607
Albuquerque, New Mexico 87103
6 | Tel: (505) 224-1468
Fax: (505) 346-7205
7 | andrew.smith@usdoj.gov

8 | *Attorneys for Federal Defendants*

9

10 | IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | SIERRA FOREST LEGACY, et al.,

        Plaintiffs,
14
        v.
15 | UNITED STATES FOREST SERVICE, et al.,

16 |     Federal Defendants.

Civ. No. 08-cv-04240 SC

**THE PARTIES STIPULATED
BRIEFING SCHEDULE FOR CROSS-
MOTIONS FOR SUMMARY
JUDGMENT; [~~PROPOSED~~] ORDER**

17

18 | **STIPULATION**

19 |       Pursuant to the Court's direction at the February 20, 2009 Case Management Conference,

20 | the Parties, by and through undersigned counsel fo record, hereby stipulate and agree to the

following briefing schedule to dispose of all remaining claims in this case:
21
Administrative Record
22
      1.      On or before March 6, 2009, Federal Defendants will lodge the Administrative
23
Record for the Forest Service's Record of Decision at issue in this litigation in pdf
24
format on CD-Roms, except that Federal Defendants will provide one hard
25
(paper) copy of the Administrative Record directly to the Chambers of the
26
Honorable Samuel Conti.
27

2.      Plaintiffs will file any motions relating to the sufficiency or content of the
Administrative Record on or before March 27, 2009, and any such motions will
be briefed and argued pursuant to the time frames set forth in Civil L.R. 7.

Summary Judgment Briefing

3.      If no motions are filed relating to the sufficiency or content of the Administrative
Record:

A.      Plaintiffs will file their motion for summary judgment and memorandum
in support, not to exceed a combined total of 40 pages, on or before
April 10, 2009;

B.      Federal Defendants will file their cross-motion for summary judgment,
and combined memorandum in support and response to Plaintiffs' motion
for summary judgment, not to exceed a combined total of 40 pages, on or
before May 22, 2009;

C.      Plaintiffs will file their combined response to Federal Defendants' motion
for summary judgment and reply in support of Plaintiffs' motion for
summary judgment, not to exceed a combined total of 30 pages, on or
before July 3, 2009;

D.      Federal Defendants will file their reply in support of Federal Defendants'
cross motion for summary judgment, not to exceed 20 pages, on or before
July 30, 2009;

4.      If a motion concerning the adequacy of the Administrative Record is filed:

A.      Plaintiffs will file their motion for summary judgment and memorandum
in support, not to exceed a combined total of 40 pages, 45 days after the
Court issues an order resolving any motion concerning the Administrative
Record;

B.      Federal Defendants will file their cross-motion for summary judgment,
and combined memorandum in support and response to Plaintiffs' motion

1      for summary judgment, not to exceed a combined total of 40 pages, 45

2      days thereafter;

3      C.      Plaintiffs will file their combined response to Federal Defendants' motion

4      for summary judgment and reply in support of Plaintiffs' motion for

5      summary judgment, not to exceed a combined total of 30 pages, 45 days

6      thereafter;

7      D.      Federal Defendants will file their reply in support of Federal Defendants'

8      cross motion for summary judgment, not to exceed 20 pages, 30 days

9      thereafter.

10     5.      The Parties respectfully request that a hearing on the cross motions for summary

11     judgment be held at the earliest available date after briefing of the cross motions is

12     complete.

13

14     DATED this 25th day of February, 2009.          Respectfully submitted,

15

16                                                     /s/ Erin M. Tobin  (authorized 2-25-09)
                                                       MICHAEL R. SHERWOOD
                                                       GREGORY C. LOARIE
17                                                     ERIN M. TOBIN
                                                       Earthjustice
18                                                     426 17th Street, 5th Floor
                                                       Oakland, CA 94612
19                                                     Tel: (510) 550-6725
                                                       Fax: (510) 550-6749
20                                                     msherwood@earthjustice.org
                                                       gloarie@earthjustice.org
21                                                     etobin@earthjustice.org

22                                                     *Counsel for all Plaintiffs*

23                                                     /s/ David B. Edelson  (authorized 2-25-09)
                                                       DAVID B. EDELSON
24                                                     840 Grizzly Peak Blvd.
                                                       Berkeley, CA 94708
25                                                     Tel.: (510) 527-4116
                                                       Fax: (510) 527-4116
26                                                     dbedelson@comcast.net

                                                       *Counsel for Sierra Forest Legacy*
27

1

JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division

2

3

 /s/ Andrew A. Smith
ANDREW A. SMITH
Trial Attorney (NM Bar #8341)
Natural Resources Section
c/o U.S. Attorneys Office
P.O. Box 607
Albuquerque, New Mexico 87103
Tel: (505) 224-1468
Fax: (505) 346-7205
andrew.smith@usdoj.gov

4

5

6

7

8

***Attorneys for Federal Defendants***

9

10

        PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12

Dated:   2/26/09

13

THE HONOR_____ONTI
United States D_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Stipulated Briefing Schedule And Order                 4                 Case No. 08-cv-04240 SC